

# Fourth Court of Appeals
## San Antonio, Texas

March 21, 2018

No. 04-18-00101-CV

**IN THE INTEREST OF K.K.M., A CHILD**,

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CI12360
Honorable Solomon Casseb III, Judge Presiding

## O R D E R

On February 21, 2018, appellant filed his notice of appeal. On February 27, 2018, the court reporter responsible for preparing the reporter's record in this appeal filed a notification of late record, stating that the appellant has failed to pay or make arrangements to pay the fee for preparing the reporter's record.

**We, therefore, ORDER appellant to provide written proof to this court within ten days of the date of this order that either (1) the reporter's fee has been paid or arrangements have been made to pay the reporter's fee; or (2) appellant is entitled to appeal without paying the reporter's fee.**

_Karen Angelini_
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 21st day of March, 2018.

KEITH E. HOTTLE,
Clerk of Court